E. Charles Altshul, complainant-appellant,

*v.*

Benjamin A. Margulies et al., defendants-respondents.

[Submitted May 29th, 1931.   Decided February 1st, 1932.]

61

62

*Messrs. Gross & Gross,* for the appellant.

*Mr. Aaron Gordon* and *Mr. John W. Ockford,* for the respondents.

PER CURIAM.

The order appealed from will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Fielder.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ.   15.

*For reversal*—None.